# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN H. SMITH, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:08CV1529MLM** |
| | ) | |
| **DON ROPER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Petition and Amended Petition filed by John H. Smith for Writ of Habeas Corpus by a Person in State Custody, filed pursuant to 28 U.S.C. § 2254, are **DENIED** and **DISMISSED** in their entirety. Doc. 1, Doc. 7, Doc. 11, Doc. 17.


/s/ Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE



Dated this 22nd  day of July, 2009.